UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**TRINA JONES,**

    **Plaintiff,**

    **v.**                                            Case No. 23-CV-926-SCD

**HEARTLAND ALLIANCE,**

    **Defendant.**

---

### ORDER GRANTING DEFENDANT'S REQUEST FOR DISMISSAL

---

In July 2023, Trina Jones and Ricardo Rodriguez filed a complaint alleging that Heartland Alliance failed to remedy a bedbug infestation at the Milwaukee apartment building where they both lived. *See* ECF No. 1. The matter was randomly assigned to this court, and all parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b). *See* ECF Nos. 4, 5 & 16. In November 2023, the court granted Heartland Alliance's motion to dismiss the complaint, finding that the plaintiffs' allegations did not cross the line from possibility to plausibility. *See* ECF No. 22. After several procedural snafus, the plaintiffs finally filed an amended complaint in April 2024. *See* ECF No. 27. The court subsequently dismissed with prejudice the claim(s) asserted by Rodriguez. *See* ECF No. 33.

In February 2025, Heartland Alliance advised that the matter had settled. *See* ECF No. 46. A few weeks later, defense counsel provided the clerk of a court with a copy of the settlement agreement, which Jones had signed. On March 24, 2025, Heartland Alliance filed a status report indicating that the company had sent Jones the settlement check and requesting

that the case be dismissed with prejudice pursuant to settlement. *See* ECF No. 47. Jones did not sign the status report or a stipulation of dismissal. However, she also has not objected to Heartland Alliance's request for dismissal. The court therefore infers that the action has fully settled. The defendant filed a second motion to dismiss yesterday.

Accordingly, the court **GRANTS** the defendant's requests for dismissal. *See* ECF No. 47, 48. The court **DISMISSES** the amended complaint **WITH PREJUDICE**. The clerk of court shall enter judgment accordingly.

**SO ORDERED** this 29th day of May, 2025.

*[signature]*
STEPHEN C. DRIES
United States Magistrate Judge